No. 75–6565. JOHNSON v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 75–6572. INGENITO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–6598. PHILLIPS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 75–6629. TRUSLEY v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 75–6630. STANDLEY v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 75–6634. MORGAN v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 75–6635. CLARK v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 75–6647. HARRISON ET AL. v. CRISP, WARDEN, ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 75–6650. BROWN v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 75–6654. HORAN v. NEALON ET AL. Ct. App. D. C. Certiorari denied.

No. 75–6658. BULLOCK v. CUYLER, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 75–6659. DeLEE v. KNIGHT, SHERIFF, ET AL. Sup. Ct. S. C. Certiorari denied.